IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CASSANDRA WEBB, *individually and as next friend of L.S., a minor*, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:25-CV-160-RP |
| | § | |
| AIRBNB, INC., AIRBNB RPG INC., and GENERALI U.S. BRANCH, | § § § | |
| Defendants. | § § | |

## **ORDER**

On February 21, 2025, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing this action without prejudice. (Dkt. 12). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 25, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE